

Keith Russell JUDD, Plaintiff–
Appellant,

v.

**UNITED STATES COURT OF AP-
PEALS FOR THE FIFTH CIR-
CUIT, Defendant–Appellee.**

**No. 2008–1322.**

United States Court of Appeals,
Federal Circuit.

April 29, 2008. .

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Keith I. WALTER, Claimant–Appellant,

v.

**James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.**

**No. 2006–7246.**

United States Court of Appeals,
Federal Circuit.

April 30, 2008.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

David C. BENDER, Petitioner,

v.

**DEPARTMENT OF
TRANSPORTATION, Respondent.**

**No. 2007–3333.**

United States Court of Appeals,
Federal Circuit.

April 30, 2008.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Eli A. WILLIAMS, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7064.

United States Court of Appeals, Federal Circuit.

April 30, 2008.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Edward J. RODRIGUEZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3119.

United States Court of Appeals, Federal Circuit.

April 30, 2008.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.